IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DRUMMOND COMPANY, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. _____ |
| v. ) | |
| ) | (Case No. 2:11-CV-3695-RDP |
| TERRENCE P. COLLINGSWORTH, ) | pending in the Northern District |
| individually and as an agent of Conrad & Scherer, ) | of Alabama, Southern Division) |
| LLP; and CONRAD & SCHERER, LLP, ) | |
| ) | **NOTICE OF MOTION** |
| Defendants. ) | |
| ) | |

PLEASE TAKE NOTICE that, upon the annexed Memorandum of Points and Authorities, the Declarations in support thereof, and the Exhibits attached thereto, Defendants Terrence P. Collingsworth and Conrad & Scherer, LLP ("Defendants"), move this Court, located at 225 Cadman Plaza East, Brooklyn, New York, 11201, as soon as counsel may be heard, for a protective order, and/or alternatively to quash Plaintiff Drummond Company Inc.'s ("Drummond") subpoena to third-party Parker Waichman, LLP, pursuant to Federal Rules of Civil Procedure 26(c) and 45(c)(3)(A) on the following grounds: (1) this Court lacks jurisdiction to issue a subpoena requiring the production of documents in Alabama under Fed. R. Civ. P. 45(a)(2)(C); (2) the subpoena seeks documents that are protected by attorney-client privilege and the work-product doctrine; (3) the subpoena is duplicative of discovery already sought from Defendants; and (4) the subpoena is overly broad and lacking in relevance to any claims or defense in the underlying defamation action.

Dated: New York, New York  
       August 23, 2013

Respectfully submitted,

*[signature]*

Thomas M. Mullaney (TM 4274)  
The Law Office of Thomas M. Mullaney  
489 Fifth Avenue, Suite 1900  
New York, New York 10017  
212-223-0800 (Tel.)  
212-661-9860 (Fax)  
tmm@mullaw.org

*Counsel for Defendants*

TO:    William Anthony Davis, III, Esq.  
          H. Thomas Wells, III, Esq.  
          Benjamin T. Presley  
          STARNES DAVIS FLORIE, LLP  
          P.O. Box 59812  
          Birmingham, Alabama 35259  
          TDavis@starneslaw.com  
          htw@starneslaw.com  
          btp@starneslaw.com

          Sara E Kropf  
          LAW OFFICE OF SARA KROPF PLLC  
          1001 G Street NW, Suite 800  
          Washington, D.C. 20001  
          sara@kropf-law.com

*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DRUMMOND COMPANY, INC. ) | |
| ) | Civil Action No. _____ |
| Plaintiff, ) | |
| ) | (Case No. 2:11-CV-3695-RDP pending |
| v. ) | in the Northern District of Alabama, |
| ) | Southern Division) |
| TERRENCE P. COLLINGSWORTH, ) | |
| individually and as an agent of Conrad & ) | |
| Scherer, LLP; and CONRAD & SCHERER, ) | **PROPOSED ORDER** |
| LLP, ) | |
| ) | |
| Defendants. ) | |

On consideration of Defendants' Motion for Protective and/or Motion to Quash Subpoena to Parker Waichman, LLP, Plaintiff Drummond Company, Inc.'s response thereto, any reply in support, and the entire record herein, it is, this _____ day of _____, 2013, hereby:

**ORDERED** that the Motion to Quash is **GRANTED**.

United States District Judge,
Eastern District of New York