IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DRUMMOND COMPANY, INC. | ) |
| | ) Civil Action No. _____ |
| Plaintiff, | ) |
| | ) (Case No. 2:11-CV-3695-RDP pending |
| v. | ) in the Northern District of Alabama, |
| | ) Southern Division) |
| TERRENCE P. COLLINGSWORTH, | ) |
| individually and as an agent of Conrad & | ) |
| Scherer, LLP; and CONRAD & SCHERER, | ) **PROPOSED ORDER** |
| LLP, | ) |
| | ) |
| Defendants. | ) |

On consideration of Defendants' Motion for Protective and/or Motion to Quash Subpoena to Parker Waichman, LLP, Plaintiff Drummond Company, Inc.'s response thereto, any reply in support, and the entire record herein, it is, this _____ day of

_____, 2013, hereby:

**ORDERED** that the Motion to Quash is **GRANTED**.

 

_____
United States District Judge,
Eastern District of New York