**DAVID LOUIS COHEN**
ATTORNEY AT LAW
125-10 QUEENS BOULEVARD
SUITE 5- SILVER TOWERS
KEW GARDENS, N.Y. 11415
TEL: (718) 793-1553   FAX: (718) 261-2129
david@davidlouiscohenlaw.com

VIA ECF
August 7, 2014

Hon. James Orenstein
United States Magistrate Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Drummond Company, Inc., v. Terrence Collingsworth, et al.
      13-mc-690 (JBW)(JO)
      **Second Drummond Third Party Subpoena to Parker Waichman, LLP**
      **Certificate of Compliance**

Dear Judge Orenstein:

Pursuant to this Court's Civil Conference Minute Order of July 30, 2014, I have obtained a copy of the minutes of the July 30, 2014 telephone conference, at my expense, and provided same to my client together with a copy of the Civil Conference Minute Order.

As directed by the Court on July 30, 2014, I filed a Notice of Appearance and I am receiving electronic notifications of all filings in this action.

Respectfully submitted,

/s/ David Louis Cohen
DAVID LOUIS COHEN

DLC/ma