**DAVID LOUIS COHEN**
ATTORNEY AT LAW
125-10 QUEENS BOULEVARD
SUITE 5- SILVER TOWERS
KEW GARDENS, N.Y. 11415
TEL: (718) 793-1553   FAX: (718) 261-2129
david@davidlouiscohenlaw.com

VIA ECF
September 2, 2014

Hon. James Orenstein
United States Magistrate Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Drummond Company, Inc., v. Terrence Collingsworth, et al.
      13-mc-690 (JBW)(JO)
      Drummond Third Party Subpoenas to Parker Waichman, LLP

Dear Judge Orenstein:

The Motion to Compel filed by Drummond Company, Inc., is scheduled for oral argument on September 17, 2014. The parties have entered in to a Stipulation Withdrawing the Motion to Compel. A copy of the Stipulation is annexed hereto as Exhibit A.

Based on the foregoing the parties request that the Court close the docket.

Should the Court require anything further, please contact the undersigned.

Respectfully submitted,

H. THOMAS WELLS, III
STARNES DAVIS FLORIE, LLP
Attorney for Drummond, Inc

DAVID LOUIS COHEN, Esq.
Attorney for Parker Waichman, LLP